In the Matter of the Application of LAWRENCE PETERSON, Respondent, for an Order of Mandamus against L. BARRON HILL, District Attorney of Suffolk County, and SHERBURNE P. SWEETLAND, Appellants.— Order of peremptory mandamus reversed on the law and not in the exercise of discretion, without costs, and petition dismissed, without costs, on authority of *Matter of Budd* v. *Hill* (*ante*, p. 590), decided herewith. The appeal, in so far as it purports to bring up for review the denial of the motion to set aside the verdict and the motion for a new trial is dismissed. There is no such order in the record. Lazansky, P. J., Young, Hagarty, Carswell and Taylor, JJ., concur.

In the Matter of the Application of BENJAMIN ZUCK, Respondent, for an Order Requiring NATHANIEL LESSER, Appellant, Counselor at Law, to Pay over Certain Moneys Received in His Capacity as Attorney and Counselor at Law.— This summary proceeding is similar to one brought by Jacob Pohs against the same attorney and grows out of the same agreement, which is silent as to how the amount received in settlement of petitioner's stockholder's derivative action and Pohs' action for conversion of assets should be apportioned among petitioner, Pohs and one Hirsch, who also has instituted a summary proceeding against appellant. For the reasons indicated in our decision in *Matter of Pohs* (243 App. Div. 709), the order granting petitioner's motion to confirm the report of the official referee and directing respondent to pay petitioner $2,256.65 is reversed on the law and facts, without costs, the motion denied and the proceeding dismissed, without costs. The findings of the official referee numbered 14 and 16 are reversed. Appeals from orders entered June 11, 1934, and May 15, 1935, dismissed. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

ALIDA LOUISE LANGE and DOROTHY JOSEPHINE LANGE, Both Infants over the Age of Fourteen Years, by JOSEPHINE LANGE, Their Guardian ad Litem, Respondents, v. MILDRED C. JOHNSTON, Appellant.— Order granting in part plaintiffs' motion to examine defendant before trial affirmed, in so far as an appeal is taken therefrom, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Young, Davis, Johnston and Adel, JJ., concur; Lazansky, P. J., dissents in so far as the examination involves personal relations and other scandalous matters.